**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IIYA SIVCHUK AND VIV ASSOCIATION, LLC | : | No. 295 EAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| | : | |
| SOVEREIGN BANK, D/B/A SANTANDER BANK AND NEVADA FIRST FEDERAL, LLC AND FIRST COMMERCE, LLC | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: ILYA SIVCHUK AND VIV ASSOCIATION, LLC | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.